UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ROOSEVELT ALLEN (#91242)

VERSUS

EAST BATON ROUGE SHERIFF, ET AL

CIVIL ACTION

NO. 11-856-BAJ-SCR

## RULING AND ORDER OF DISMISSAL

The Court, having carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated April 24, 2012 (doc. 5), to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, **IT IS ORDERED** that plaintiff's complaint is hereby dismissed without prejudice for failure to pay the Court's filing fee..

Baton Rouge, Louisiana, May 30, 2012.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA